■ In the Matter of SHAMIYAH P. and Another, Infants. ANNA P., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK et al., Respondents. [23 NYS3d 169]—

Orders, Family Court, New York County (Jane Pearl, J.), entered on or about August 4, 2014, which, to the extent appealed from as limited by the briefs, upon a fact-finding determination that respondent mother is unable, by reason of mental retardation, to provide proper and adequate care for the subject children, terminated her parental rights to the children, and transferred their custody and guardianship to petitioners for the purpose of adoption, unanimously affirmed, without costs.

Clear and convincing evidence, including expert testimony from the psychologist who examined the mother and reviewed all of her available medical and agency records, supports the determination that she is presently and for the foreseeable future unable to provide proper and adequate care to the children because of her mental retardation (*see* Social Services Law § 384-b [4] [c]; [6] [b]). The evidence shows that even though the mother cooperated with the required services, her adaptive skills and ability to care for her two special needs

children were not sufficient to insure their safety while in her care (*see Matter of Jessica Latasha B.*, 234 AD2d 48, 48 [1st Dept 1996]). A dispositional hearing was not required (*Matter of Joyce T.*, 65 NY2d 39, 49 [1985]; *Jessica Latasha B.*, 234 AD2d at 48). Concur—Tom, J.P., Renwick, Saxe and Kapnick, JJ.